# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| IRENE WELLS, LEE MCCLINTOCK, and MILTON BOYD, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> )     No. _____ |
| v. | ) <br> ) |
| JUDY DULANEY, THE ALDERMAN OF THE TOWN OF BLUFF CITY, and THE TOWN OF BLUFF CITY, | ) <br> ) <br> ) <br> ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Defendants Judy Dulaney, The Alderman (sic) of the Town of Bluff City, and the Town of Bluff City having been appropriately served in this matter hereby appear, by and through counsel, and pursuant to 28 U.S.C. § 1441(a), 28 U.S.C. § 1441(c), and 28 U.S.C. § 1443, would show the Court as follows:

1. The Plaintiffs filed this action against the above-named Defendants on or about February 6, 2014 in the Chancery Court for Sullivan County, Tennessee, bearing docket number B0024577.

2. Defendant Judy Dulaney received a copy of the Complaint on or about February 6, 2014 and the Alderman (sic) of the Town of Bluff City and the Town of Bluff City received a copy of the Complaint on or about February 24, 2014.

3. This Court has jurisdiction over the above-styled cause of action pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1343.

4. The United States District Court for the Eastern District of Tennessee at Greeneville, embracing Sullivan County, Tennessee, in which the Chancery Court action is currently pending, is the proper venue for removal of this action.

5. Plaintiffs have alleged violation of their Federal civil rights.

6. The pleadings filed with the Chancery Court for Sullivan County included with this Notice of Removal are attached hereto as Exhibits 1-4.

7. Written notice of the filing of this Notice of Removal has been filed with the Chancery Court for Sullivan County, Tennessee.

8. This Notice of Removal has been filed within thirty (30) days of the Defendants' first notice that the plaintiff has alleged a basis for federal question jurisdiction.

9. These Defendants expressly reserve the right to raise all defenses and objections after the action has been removed to this Court.

WHEREFORE, these Defendants respectfully pray that the above-captioned cause of action be removed from the Chancery Court for Sullivan County, Tennessee, to the United States District Court for the Eastern District of Tennessee at Greeneville.

RESPECTFULLY submitted this 3rd day of March, 2014.

JUDY DULANEY, THE ALDERMAN OF THE TOWN OF BLUFF CITY, and THE TOWN OF BLUFF CITY

By: _____
BENJAMIN K. LAUDERBACK, BPR NO. 20855
WATSON, ROACH, BATSON, ROWELL & LAUDERBACK, P.L.C.
1500 Riverview Tower, 900 South Gay Street
P.O. Box 131
Knoxville, Tennessee 37901-0131

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served upon parties, or counsel for the parties in interest herein by delivery of the same to the offices of said counsel or parties' counsel, or by mailing the same to said offices by United States Mail, with sufficient postage thereon to carry the same to its destination:

Wendal D. Jackson
Central Building, Suite 258
6 Sixth Street
Bristol, Tennessee 37620

Dated this 3rd day of March, 2014.

_____
BENJAMIN K. LAUDERBACK, BPR NO. 20855